IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv422

| | |
|---|---|
| KELLY J. WATKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER OF REMAND** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion for Reversal and Remand pursuant to Sentence Six of 42 U.S.C. §405(g) [Doc. 6].

The Defendant, Michael Astrue, Commissioner of Social Security, moves this Court, pursuant to sentence six of 42 U.S.C. § 405(g), to enter a judgment remanding the cause for further administrative proceedings.

Upon careful review of the Defendant's Motion, and for good cause shown, **IT IS, THEREFORE, ORDERED** that the Defendant's Unopposed Motion for Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) [Doc. 6] is **GRANTED**. Pursuant to the power of this Court to enter a judgment

remanding in Social Security actions under Sentence Six of 42 U.S.C. § 405(g), this Court hereby **REMANDS** this cause to the Commissioner for further proceedings. See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991). On remand, the Commissioner will expedite the assignment of this matter to an Administrative Law Judge ("ALJ") who will:

1. Consider the additional evidence submitted in connection with Plaintiff's request for review to the Appeals Council;
2. If appropriate, to obtain evidence from a medical expert in accordance with Social Security Ruling 83-20;
3. Conduct a new hearing and issue a new decision.

**IT IS SO ORDERED.**

Signed: April 29, 2010

Martin Reidinger
United States District Judge